1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   1023 H Street, Suite B5
3  Sacramento, CA 95814
   Telephone: (916) 448-8600
4  Facsimile: (916) 448-8605

5  Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REGINA L. ANGELI** ) | **CASE NO. CIV-06-2592 EFB** |
| ) | |
| ) | **STIPULATION AND ORDER** |
| **Plaintiff,** ) | **EXTENDING PLAINTIFF'S TIME TO** |
| ) | **FILE MEMORANDUM IN SUPPORT** |
| **v.** ) | **OF SUMMARY JUDGMENT** |
| ) | |
| **MICHAEL J. ASTRUE** ) | |
| **Commissioner of Social Security** ) | |
| **of the United States of America,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment is hereby extended from July 9, 2007 to August 3, 2007.  This is plaintiff's first request for an extension and is required due to plaintiff's counsel's very heavy briefing schedule.

/////

/////

/////

/////

/////

/////

1

Dated:  June 29, 2007 */s/Bess M. Brewer*

BESS M. BREWER
Attorney at Law
Attorney for Plaintiff

Dated: June 29, 2007

McGregor W. Scott
United States Attorney

By: */s/ Leo R. Montenegro*
LEO R. MONTENEGRO

Special Assistant U.S. Attorney
Social Security Administration

Attorney for Defendant

**ORDER**

SO ORDERED.

DATED:  July 5, 2007.

_____
EDMUND F. BRENNAN
U.S. MAGISTRATE JUDGE