```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  LUCILLE GONZALES MEIS
    Regional Chief Counsel, Region IX
 3  Social Security Administration
    LEO R. MONTENEGRO
 4  Special Assistant U.S. Attorney
    333 Market Street, Suite 1500
 5  San Francisco, CA 94105
    Telephone: (415) 977-8943
 6  Fax: (415) 744-0134

 7  Attorneys for Respondent
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA L. ANGELI,<br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>    Defendant. | Case No. 2:06-cv-02592-EFB<br><br>STIPULATION AND ORDER |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that the defendant Commissioner of Social Security shall have a FIRST extension of time of 30 days to respond to Plaintiff's motion for summary judgment. The current due date is September 4, 2007. The new due date will be October 4, 2007.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

////

////

////

Stip & Order Re Ext of D's Time, 2:06-cv-02592-EFB                    Page 1

```
1  DATE:   9/4/07                  /s/ Bess M. Brewer (as authorized
                                   by e-mail September 4, 2007)
2                                  BESS M. BREWER
                                   Attorney at Law
3
                                   Attorney for Plaintiff
4

5  DATE:   9/4/07                  McGREGOR W. SCOTT
                                   United States Attorney
6                                  LUCILLE GONZALES MEIS
                                   Regional Chief Counsel, Region IX
7
                            By:    /s/ Leo R. Montenegro
8                                  LEO R. MONTENEGRO
                                   Special Assistant U.S. Attorney
9
                                   Attorneys for Defendant
```

ORDER

APPROVED AND SO ORDERED.

DATED: September 6, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE